UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOMEKA DAWN LASURE,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>DENIS RICHARD MCDONOUGH,<br>Secretary, United States Department<br>of Veterans Affairs,<br><br>　　　　　　　　Defendant. | NO. 2:22-CV-0190-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is Defendant's failure to file an Amended Complaint. On April 10, 2023, this Court Granted Defendant's Second Motion to Dismiss and allowed Plaintiff to file a Second Amended Complaint within thirty days of that Order. ECF No. 15. The Court warned Plaintiff that the case will be dismissed if Plaintiff failed to file a Second Amended Complaint.

Plaintiff never filed a Second Amended Complaint.

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Plaintiff's claims and this Action are **DISMISSED** for the reasons previously ordered and for Plaintiff's failure to file a Second Amended Complaint.

The District Court Executive is directed to enter this Order, and Judgment, furnish copies to counsel, and forward a copy to Plaintiff at the address in the record. The file shall be **CLOSED**.

DATED June 2, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2