AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 02, 2023**

SEAN F. McAVOY, CLERK

TOMEKA DAWN LASURE,
  *Plaintiff*
  v.
DENIS RICHARD MCDONOUGH, Secretary, United States Department of Veteral Affairs,
  *Defendant*

Civil Action No. 2:22-CV-190-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Plaintiff's claims are DISMISSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE
  for failure to file a Second Amended Complaint.

Date:  June 2, 2023

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
  *(By) Deputy Clerk*

Linda L. Hansen